UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
CLARK, DONALD THOMAS                    §       Case No. 13-84194
                                        §
            Debtor(s)                   §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was              and the deadline for filing governmental claims was             . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $        , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $       , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/DANIEL M. DONAHUE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-84194 TML Judge: THOMAS M. LYNCH | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | CLARK, DONALD THOMAS | Date Filed (f) or Converted (c): 12/18/13 (f) |
| | | 341(a) Meeting Date: 01/23/14 |
| For Period Ending: | 12/17/14 | Claims Bar Date: 12/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8810 Pebble Creek Ct. Wonder Lake, IL 60097 singl | 140,000.00 | 0.00 | | 90,000.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts - Chase checking | 88.41 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts - Chase savings | 76.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 9. Pension / Profit Sharing | 2,350.26 | 0.00 | | 0.00 | FA |
| 10. Vehicles - 2005 Chevy Silverado | 5,600.00 | 0.00 | | 0.00 | FA |
| 11. Boats and Accessories - 1993 Chriscraft, 28ft | 10,000.00 | 12,800.00 | | 12,800.00 | FA |
| 12. Boats and Accessories - (2) 2003 Sea Doo jet skis | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. Animals | 100.00 | 0.00 | | 0.00 | FA |
| 14. Generator, lawn mower, snow blower, other tools | 300.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $164,264.67 $12,800.00 $102,800.00 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-84194 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | CLARK, DONALD THOMAS | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0178 GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 3,084.00 | | 3,084.00 |
| 10/09/14 | 1 | DONALD THOMAS CLARK | REISSUED FUNDS - NSF | | 30,007.50 | | 33,091.50 |
| | | 8810 PEBBLE CREEK CT. | | | | | |
| | | WONDER LAKE, IL  60097-7603 | | | | | |
| | 1 | CLARK, DONALD THOMAS | Memo Amount:    30,000.00 | 1110-000 | | | |
| | | | INTEREST IN REAL PROPERTY | | | | |
| | | | Memo Amount:    7.50 | 2600-000 | | | |
| | | | REFUND OF BANK NSF FEE | | | | |
| 10/10/14 | 1 | DONALD THOMAS CLARK | INTEREST IN REAL PROPERTY | 1110-000 | 30,000.00 | | 63,091.50 |
| | | 8810 PEBBLE CREEK CT. | | | | | |
| | | WONDER LAKE, IL  60097-7603 | | | | | |
| 10/22/14 | 002001 | MCGREEVY WILLIAMS, P.C. | Attorney's Fees | 3110-000 | | 8,460.00 | 54,631.50 |
| | | | 1st Interim Fee Application | | | | |
| 10/22/14 | 002002 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 441.63 | 54,189.87 |
| | | | 1st Interim Fee Application | | | | |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 47.17 | 54,142.70 |
| 11/11/14 | 1 | DONALD THOMAS CLARK | INTEREST IN REAL PROPERTY | 1110-000 | 30,000.00 | | 84,142.70 |
| | | 8810 PEBBLE CREEK CT. | | | | | |
| | | WONDER LAKE, IL  60097-7603 | | | | | |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.68 | 84,041.02 |

Page Subtotals    93,091.50    9,050.48

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 18.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 13-84194 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CLARK, DONALD THOMAS | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0178  GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Memo Allocation Receipts: | 30,007.50 | COLUMN TOTALS | | 93,091.50 | 9,050.48 | 84,041.02 |
|---|---|---|---|---|---|---|---|---|
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 3,084.00 | 0.00 | |
| | | | | Subtotal | | 90,007.50 | 9,050.48 | |
| | | Memo Allocation Net: | 30,007.50 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 90,007.50 | 9,050.48 | |

Page Subtotals  0.00  0.00

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-84194 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CLARK, DONALD THOMAS | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******1042 GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/14 | 11 | TIMOTHY RYAN | SALE PROCEEDS: PERS. PROP | 1129-000 | 12,800.00 | | 12,800.00 |
| 06/10/14 | 000100 | JERRY'S MAJESTIC MARINE, INC. | COMMISSION | 2990-000 | | 3,800.00 | 9,000.00 |
| | | N1599 MAPLE RIDGE RD. | Sale of 1994 Chris Craft Crowne | | | | |
| | | LAKE GENEVA, IL 53147 | | | | | |
| * 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | 10.00 | | 9,010.00 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,000.00 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,990.00 |
| 08/07/14 | 000101 | EHRMANN GEHLBACH BADGER | ATTY FEES - FIRST INTERIM FEE APPL | 3210-600 | | 5,300.00 | 3,690.00 |
| | | LEE & CONSIDINE, LLC | FILE # 140084 | | | | |
| | | 215 E. 1ST ST., STE. 100 | | | | | |
| | | POB 447 | | | | | |
| | | DIXON, IL 61021 | | | | | |
| 08/07/14 | 000102 | EHRMANN GEHLBACH BADGER | ATTY EXPENSES - 1ST INTERIM FEE APP | 3220-610 | | 568.50 | 3,121.50 |
| | | LEE & CONSIDINE, LLC | INVOICE # 140084 | | | | |
| | | 215 E. 1ST ST., STE. 100 | | | | | |
| | | POB 447 | | | | | |
| | | DIXON, IL 61021 | | | | | |
| * 08/11/14 | | Reverses Adjustment IN on 07/03/14 | BANK SERVICE FEE | 2600-003 | -10.00 | | 3,111.50 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,101.50 |
| * 09/23/14 | | CYNTHIA CLARK AND DONALD CLARK | INTEREST IN REAL ESTATE | 1110-003 | 30,000.00 | | 33,101.50 |
| | | 8810 PEBBLE CREEK CT. | | | | | |
| | | WONDER LAKE, IL 60097 | | | | | |
| 09/26/14 | | CONGRESSIONAL BANK | BANK FEE - NSF | 2600-000 | | 7.50 | 33,094.00 |
| * 10/02/14 | | CYNTHIA CLARK AND DONALD CLARK | INTEREST IN REAL ESTATE | 1110-003 | -30,000.00 | | 3,094.00 |
| | | 8810 PEBBLE CREEK CT. | NSF CHECK | | | | |
| | | WONDER LAKE, IL 60097 | | | | | |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,084.00 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 3,084.00 | 0.00 |

Page Subtotals     12,800.00     12,800.00

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-84194 -TML | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | CLARK, DONALD THOMAS | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******1042  GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 12,800.00 | 12,800.00 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 3,084.00 | |
| | | | | Subtotal | | 12,800.00 | 9,716.00 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 12,800.00 | 9,716.00 | |
| | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 30,007.50 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 0.00 | GENERAL CHECKING - ********0178 | 90,007.50 | 9,050.48 | 84,041.02 |
| | | | | GENERAL CHECKING - ********1042 | 12,800.00 | 9,716.00 | 0.00 |
| | | Total Memo Allocation Net: | 30,007.50 | | ------------ | ------------ | ------------ |
| | | | | | 102,807.50 | 18,766.48 | 84,041.02 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 17, 2014 |
|---|---|---|---|---|---|---|

Case Number:   13-84194  
Debtor Name:   CLARK, DONALD THOMAS  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $8,390.00 | $8,390.00 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $11,310.00 | $11,310.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $508.80 | $508.80 |
| 001<br>3210-00 | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>POB 447<br>Dixon, IL 61021 | Administrative | | $0.00 | $8,224.25 | $8,224.25 |
| 001<br>3220-00 | Ehrmann Gehlbach Badger Lee & Considine, LLC<br>POB 447<br>Dixon, IL 61021 | Administrative | | $0.00 | $644.25 | $644.25 |
| 000004<br>050<br>4700-00 | McHenry County Treasurer<br>Government Center<br>2200 N. Seminary Ave.<br>Woodstock, IL 60098 | Secured | | $0.00 | $13,186.58 | $13,186.58 |
| 000001A<br>058<br>5800-00 | IRS<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Priority | | $0.00 | $72,473.33 | $72,473.33 |
| 000012A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $9,213.69 | $9,213.69 |
| 000001B<br>070<br>7100-00 | IRS<br>POB 7317<br>Philadelphia, PA 19101-7317 | Unsecured | | $0.00 | $142,762.89 | $142,762.89 |
| 000002<br>070<br>7100-00 | Schwartz Wolf & Bernstein LLP<br>314 N. McHenry Rd.<br>Buffalo Grove, IL 60089 | Unsecured | | $0.00 | $2,138.25 | $2,138.25 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 17, 2014 |
|---|---|---|---|---|---|---|

Case Number:  13-84194  
Debtor Name:  CLARK, DONALD THOMAS  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003<br>070<br>7100-00 | Raymond J. Kloss<br>Attorney at Law<br>505 E. Hawley, Ste. 130<br>Mundelein, IL 60060 | Unsecured | | $0.00 | $13,250.00 | $13,250.00 |
| 000005<br>070<br>7100-00 | Surgeons Group SC<br>c/o Certified Services Inc<br>P O Box 177<br>Waukegan, IL 60079 | Unsecured | | $0.00 | $805.00 | $805.00 |
| 000006<br>070<br>7100-00 | Lake County Anesthesiologists Ltd<br>c/o Certified Services Inc<br>P O Box 177<br>Waukegan, IL 60079 | Unsecured | | $0.00 | $2,112.00 | $2,112.00 |
| 000007<br>070<br>7100-00 | Anesthesia Consultants Ltd<br>c/o Certified Services Inc<br>P O Box 177<br>Waukegan, IL 60079 | Unsecured | | $0.00 | $455.00 | $455.00 |
| 000008<br>070<br>7100-00 | Giusepped D'Acquisto<br>295 N Mill Rd<br>Wood Dale, IL 60193 | Unsecured | | $0.00 | $11,003.76 | $11,003.76 |
| 000009<br>070<br>7100-00 | Nick Jawnyj<br>917 Brahms<br>Volo, IL 60073 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 000010<br>070<br>7100-00 | John Conone<br>942 Mesa Dr.<br>Lake in the Hills, IL 60156 | Unsecured | | $0.00 | $150,000.00 | $150,000.00 |
| 000011<br>070<br>7100-00 | Qualified Landscaping Inc<br>P. Ezequiel Martinez<br>62 Highway Dr<br>Elgin, IL 60120 | Unsecured | | $0.00 | $14,567.30 | $14,567.30 |
| 000013<br>070<br>7100-00 | Schwartz Wolf & Bernstein LLP<br>314 N. McHenry Rd.<br>Buffalo Grove, IL 60089 | Unsecured | | $0.00 | $2,183.25 | $2,183.25 |
| 000014<br>070<br>7100-00 | Raymond J. Kloss<br>Attorney at Law<br>505 E. Hawley, Ste. 130<br>Mundelein, IL 60060 | Unsecured | | $0.00 | $13,250.00 | $13,250.00 |
| 000012B<br>080<br>7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>POB 64338<br>Chicago, IL  60664-0338 | Unsecured | | $0.00 | $1,306.38 | $1,306.38 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 17, 2014 |
|---|---|---|---|---|---|---|
| Case Number: | 13-84194 | Claim Type Sequence | | | | |
| Debtor Name: | CLARK, DONALD THOMAS | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $527,784.73 | $527,784.73 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-84194
Case Name: CLARK, DONALD THOMAS
Trustee Name: DANIEL M. DONAHUE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | McHenry County Treasurer | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |
| Other: Ehrmann Gehlbach Badger Lee | $ | $ | $ |
| Other: Ehrmann Gehlbach Badger Lee & | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | IRS | $ | $ | $ |
| 000012A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance                             $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Schwartz Wolf & Bernstein LLP | $ | $ | $ |
| 000003 | Raymond J. Kloss | $ | $ | $ |
| 000005 | Surgeons Group SC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Lake County Anesthesiologists Ltd | $ | $ | $ |
| 000007 | Anesthesia Consultants Ltd | $ | $ | $ |
| 000011 | Qualified Landscaping Inc | $ | $ | $ |
| 000013 | Schwartz Wolf & Bernstein LLP | $ | $ | $ |
| 000014 | Raymond J. Kloss | $ | $ | $ |
| 000001B | IRS | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance                                          $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE