# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CLARK, DONALD THOMAS § Case No. 13-84194
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/14/2015 in Courtroom 3100,
           U.S. Courthouse
           327 South Church Street
           Rockford, Illinois 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: /s/ Daniel M. Donahue
                                                                                                             Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
CLARK, DONALD THOMAS § Case No. 13-84194
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 102,800.00 |
| and approved disbursements of | $ | 18,758.98 |
| leaving a balance on hand of[1] | $ | 84,041.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | McHenry County Treasurer | $ 13,186.58 | $ 13,186.58 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 84,041.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 8,390.00 | $ 0.00 | $ 8,390.00 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 11,310.00 | $ 8,460.00 | $ 2,850.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 508.80 | $ 441.63 | $ 67.17 |
| Other: Ehrmann Gehlbach Badger Lee | $ 8,224.25 | $ 5,300.00 | $ 2,924.25 |
| Other: Ehrmann Gehlbach Badger Lee & | $ 644.25 | $ 568.50 | $ 75.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,307.17 |
| Remaining Balance | $ | 69,733.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 81,687.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | IRS | $ 72,473.33 | $ 0.00 | $ 61,868.39 |
| 000012A | Illinois Department of Revenue | $ 9,213.69 | $ 0.00 | $ 7,865.46 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 69,733.85 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 191,523.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Schwartz Wolf & Bernstein LLP | $ 2,138.25 | $ 0.00 | $ 0.00 |
| 000003 | Raymond J. Kloss | $ 13,250.00 | $ 0.00 | $ 0.00 |
| 000005 | Surgeons Group SC | $ 805.00 | $ 0.00 | $ 0.00 |
| 000006 | Lake County Anesthesiologists Ltd | $ 2,112.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Anesthesia Consultants Ltd | $ 455.00 | $ 0.00 | $ 0.00 |
| 000011 | Qualified Landscaping Inc | $ 14,567.30 | $ 0.00 | $ 0.00 |
| 000013 | Schwartz Wolf & Bernstein LLP | $ 2,183.25 | $ 0.00 | $ 0.00 |
| 000014 | Raymond J. Kloss | $ 13,250.00 | $ 0.00 | $ 0.00 |
| 000001B | IRS | $ 142,762.89 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,306.38 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | Illinois Department of Revenue | $ 1,306.38 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
                                                                Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Donald Thomas Clark  
    Debtor

Case No. 13-84194-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3　　　　User: jclarke　　　　Page 1 of 2　　　　Date Rcvd: Dec 19, 2014  
　　　　　　　　　　　　　Form ID: pdf006　　　　Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2014.

```
db            +Donald Thomas Clark,    8810 Pebble Creek Ct.,    Wonder Lake, IL 60097-7603
21345414      +Alside Supply Center,    1470 Mark,    Elk Grove Village, IL 60007-6714
21345415      +American Builder & Contractors,    c/o Whiteman Law Offices,    118 N. Clinton, Ste. 100-17,
                Chicago, IL 60661-2330
21345416      +Anesi, Ozmon, Rodin, Novak & Kohen,    161 N. Clark St. 21st Floor,    Chicago, IL 60601-3204
21345417      +Associated Materials Inc.,    3773 State Rd.,    Akron, OH 44319
21345418      +Brett Clark,    8801 Pebble Creek Ct.,    Wonder Lake, IL 60097-7603
21345419      +Brett Clark,    8810 Pebble Creek Ct.,    Wonder Lake, IL 60097-7603
21345420      +Brian T Nash,    Nash Law,    22 W. Washington, Ste. 1500,    Chicago, IL 60602-1607
21345421      +CCS/First National Bank,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
21345422      +Centegra Hospital,    PO Box 1990,    Woodstock, IL 60098-1990
21345423      +Centregra Hospital,    3701 Doty Rd.,    Woodstock, IL 60098-7509
21345425      +Christopher Kendall,    Attorney at Law,    77 W. Wacker, Ste. 4800,    Chicago, IL 60601-1664
21345426      +Craig Pierson,    668 Western Ave.,    Lake Forest, IL 60045-1982
21345427      +Cynthia Clark,    8807 Pebble Creek Ct.,    Wonder Lake, IL 60097-7603
21345428      +Dan Wolf,    Schwartz, Wolf & Bernstein, LLP,    314 N. McHenry,    Buffalo Grove, IL 60089-2428
21345430      +FNCC,    500 E. 60th St. N,    Sioux Falls, SD 57104-0478
21345431     #+Giusepped D'Acquisto,    295 N Mill Rd,    Wood Dale, IL 60191-1735
21345432      +HSBC,    PO Box 30253,    Salt Lake City, UT 84130-0253
22209585       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
21345434      +Jeff Thomas,    10035 Pages Ct.,    White Plains, MD 20695-2847
21345435      +John Conone,    942 Mesa Dr.,    Lake in the Hills, IL 60156-4923
21345436      +Lansing Building Products, Inc.,    c/o Teller, Levit, Silvertrust,    19 S. LaSalle, Ste. 701,
                Chicago, IL 60603-1431
21345437      +McHenry County Treasurer,    Government Center,    2200 N. Seminary Ave.,
                Woodstock, IL 60098-2637
21345438       Meadows of West Bay SF,    c/o AMG Managment Group LLC,    PO Box 66211,    Phoenix, AZ 85082-6211
21345439      +Mercy Health System,    1000 Mineral Point,    Janesville, WI 53548-2940
21345440      +Metropolitan Siding & Windows,    c/o Jeff Thomas,    10035 Pages Ct.,
                White Plains, MD 20695-2847
21345441      +Michael Cohen,    c/o Michael Peritz,    1121 Lake Cook Rd., Ste. P,    Deerfield, IL 60015-5234
21345442      +Nick Jawnyj,    917 Brahms,    Volo, IL 60073-8199
21345443     #+North Real Estate Group,    31632 N. Ellis Dr.,    Volo, IL 60073-9672
21345444      +Qualified Landscaping,    c/o Adam Rodriguez,    35 E. Wacker, Ste. 900,    Chicago, IL 60601-2120
22175562       Qualified Landscaping Inc,    P. Ezequiel Martinez,    62 Highway Dr,    Elgin, IL 60120
21345445      +Raymond J. Kloss,    Attorney at Law,    505 E. Hawley, Ste. 130,    Mundelein, IL 60060-2458
21345446      +Robert Jackson,    c/o Churchill Quinn,    2 S. Whiteney,    Grayslake, IL 60030-1548
21547872      +Schwartz Wolf & Bernstein LLP,    314 N. McHenry Rd.,    Buffalo Grove, IL 60089-2428
21345447      +Schwartz Wolf & Berstein,    314 McHenry Rd.,    Buffalo Grove, IL 60089-2428
21345448      +Sentry Restoration,    26575 W. Commerce Dr.,    Ste. 512,    Round Lake, IL 60073-9659
21345449      +Yoon Joo Kim,    c/o Mirae Law,    1701 Gold Rd. #1-1106,    Rolling Meadows, IL 60008-4234
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21345413       +E-mail/Text: KM@ARCONCEPTSINC.COM Dec 20 2014 01:04:45     A/R Concepts,
                33 W. Higgins, Ste. 715,    South Barrington, IL 60010-9103
21686837       +E-mail/Text: contact@csicollects.com Dec 20 2014 01:04:46     Anesthesia Consultants Ltd,
                c/o Certified Services Inc,    P O Box 177,    Waukegan, IL 60079-0177
21463949       +E-mail/Text: bnc@atlasacq.com Dec 20 2014 01:02:04     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
21345424       +E-mail/Text: contact@csicollects.com Dec 20 2014 01:04:46     Certified Services Inc.,
                1733 Washington, Ste. 2,    Waukegan, IL 60085-5192
21345433        E-mail/Text: cio.bncmail@irs.gov Dec 20 2014 01:02:24     IRS,
                Centralized Insolvency Operation,    PO Box 21126,    Philadelphia, PA 19114-0326
21686835       +E-mail/Text: contact@csicollects.com Dec 20 2014 01:04:46     Lake County Anesthesiologists Ltd,
                c/o Certified Services Inc,    P O Box 177,    Waukegan, IL 60079-0177
21686832       +E-mail/Text: contact@csicollects.com Dec 20 2014 01:04:46     Surgeons Group SC,
                c/o Certified Services Inc,    P O Box 177,    Waukegan, IL 60079-0177
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21345429     ##+David Wyant,    734 Horizon,    Lake Villa, IL 60046-7868
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: jclarke              Page 2 of 2              Date Rcvd: Dec 19, 2014
                              Form ID: pdf006            Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2014 at the address(es) listed below:
              Daniel   Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              Daniel   Donahue     on behalf of Spec. Counsel Megan G Heeg ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel   Donahue     on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
              Leonard S. Becker    on behalf of Debtor Donald Thomas Clark lenbecker@sbcglobal.net
              Leonard S. Becker    on behalf of Defendant Cynthia J Clarke lenbecker@sbcglobal.net
              Megan G Heeg    on behalf of Trustee Daniel  Donahue heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Plaintiff Daniel  Donahue heeg@egblc.com
              Megan G Heeg    on behalf of Spec. Counsel Megan  Heeg heeg@egblc.com
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Robert  Lynch, III    on behalf of Defendant   The State of Illinois Department of Revenue
               robert.lynch2@illinois.gov
              Robert  Lynch, III    on behalf of Creditor   Illinois Department of Revenue
               robert.lynch2@illinois.gov
                                                                                             TOTAL: 13
```