UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CLARK, DONALD THOMAS | § | Case No. 13-84194 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter    on            . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | MCHENRY COUNTY TREASURER |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| BANK OF KANSAS CITY | | | | | |
| CONGRESSIONAL BANK | | | | | |
| REFUND OF BANK NSF FEE | | | | | |
| JERRY'S MAJESTIC MARINE, INC. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| EHRMANN GEHLBACH BADGER LEE | | | | | |
| EHRMANN GEHLBACH BADGER LEE & | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McHenry County Treasurer Government Center 2200 N. Seminary Ave. Woodstock, IL 60098 | | | | | |
| 000012A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001A | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A/R Concepts 33 W. Higgins, Ste. 715 South Barrington, IL 60010 | | | | | |
| | Alside Supply Center 1470 Mark Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alside Supply Center 1470 Mark Elk Grove Village, IL 60007 | | | | | |
| | American Builder & Contractors c/o Whiteman Law Offices 118 N. Clinton, Ste. 100-17 Chicago, IL 60661 | | | | | |
| | Brian T Nash Nash Law 22 W. Washington, Ste. 1500 Chicago, IL 60602 | | | | | |
| | CCS/First National Bank 500 E. 60th St. N Sioux Falls, SD 57104 | | | | | |
| | Centegra Hospital PO Box 1990 Woodstock, IL 60098 | | | | | |
| | Centregra Hospital 3701 Doty Rd. Woodstock, IL 60098 | | | | | |
| | David Wyant 734 Horizon Lake Villa, IL 60046 | | | | | |
| | FNCC 500 E. 60th St. N Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC PO Box 30253 Salt Lake City, UT 84130 | | | | | |
| | Lansing Building Products, Inc. c/o Teller, Levit, Silvertrust 19 S. LaSalle, Ste. 701 Chicago, IL 60603 | | | | | |
| | Meadows of West Bay SF c/o AMG Managment Group LLC PO Box 66211 Phoenix, AZ 85082-6211 | | | | | |
| | Mercy Health System 1000 Mineral Point Janesville, WI 53548 | | | | | |
| | Metropolitan Siding & Windows c/o Jeff Thomas 10035 Pages Ct. White Plains, MD 20695 | | | | | |
| | Robert Jackson c/o Churchill Quinn 2 S. Whiteney Grayslake, IL 60030 | | | | | |
| | Yoon Joo Kim c/o Mirae Law 1701 Gold Rd. #1-1106 Rolling Meadows, IL 60008 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | ANESTHESIA CONSULTANTS LTD | | | | | |
| 000008 | GIUSEPPED D'ACQUISTO | | | | | |
| 000001B | IRS | | | | | |
| 000010 | JOHN CONONE | | | | | |
| 000006 | LAKE COUNTY ANESTHESIOLOGISTS LTD | | | | | |
| 000009 | NICK JAWNYJ | | | | | |
| 000011 | QUALIFIED LANDSCAPING INC | | | | | |
| 000003 | RAYMOND J. KLOSS | | | | | |
| 000014 | RAYMOND J. KLOSS | | | | | |
| 000002 | SCHWARTZ WOLF & BERNSTEIN LLP | | | | | |
| 000013 | SCHWARTZ WOLF & BERNSTEIN LLP | | | | | |
| 000005 | SURGEONS GROUP SC | | | | | |
| 000012B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-84194 | TML | Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | CLARK, DONALD THOMAS | | | Date Filed (f) or Converted (c): | 12/18/13 (f) |
| | | | | 341(a) Meeting Date: | 01/23/14 |
| For Period Ending: | 02/12/15 | | | Claims Bar Date: | 12/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8810 Pebble Creek Ct. Wonder Lake, IL 60097 singl | 140,000.00 | 0.00 | | 90,000.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts - Chase checking | 88.41 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts - Chase savings | 76.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8. Firearms and Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 9. Pension / Profit Sharing | 2,350.26 | 0.00 | | 0.00 | FA |
| 10. Vehicles - 2005 Chevy Silverado | 5,600.00 | 0.00 | | 0.00 | FA |
| 11. Boats and Accessories - 1993 Chriscraft, 28ft | 10,000.00 | 12,800.00 | | 12,800.00 | FA |
| 12. Boats and Accessories - (2) 2003 Sea Doo jet skis | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. Animals | 100.00 | 0.00 | | 0.00 | FA |
| 14. Generator, lawn mower, snow blower, other tools | 300.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $164,264.67     $12,800.00     $102,800.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR):  /  /          Current Projected Data of Final Report (TFR):  /  /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-84194 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | CLARK, DONALD THOMAS | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0178  GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | |
| For Period Ending: | 02/12/15 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 3,084.00 | | 3,084.00 |
| 10/09/14 | 1 | DONALD THOMAS CLARK<br>8810 PEBBLE CREEK CT.<br>WONDER LAKE, IL  60097-7603 | REISSUED FUNDS - NSF | | 30,007.50 | | 33,091.50 |
| | 1 | CLARK, DONALD THOMAS | Memo Amount:         30,000.00<br>INTEREST IN REAL PROPERTY | 1110-000 | | | |
| | | | Memo Amount:              7.50<br>REFUND OF BANK NSF FEE | 2600-000 | | | |
| 10/10/14 | 1 | DONALD THOMAS CLARK<br>8810 PEBBLE CREEK CT.<br>WONDER LAKE, IL  60097-7603 | INTEREST IN REAL PROPERTY | 1110-000 | 30,000.00 | | 63,091.50 |
| 10/22/14 | 002001 | MCGREEVY WILLIAMS, P.C. | Attorney's Fees<br>1st Interim Fee Application | 3110-000 | | 8,460.00 | 54,631.50 |
| 10/22/14 | 002002 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses<br>1st Interim Fee Application | 3120-000 | | 441.63 | 54,189.87 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 47.17 | 54,142.70 |
| 11/11/14 | 1 | DONALD THOMAS CLARK<br>8810 PEBBLE CREEK CT.<br>WONDER LAKE, IL  60097-7603 | INTEREST IN REAL PROPERTY | 1110-000 | 30,000.00 | | 84,142.70 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 101.68 | 84,041.02 |
| 01/14/15 | 002003 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 8,390.00 | 75,651.02 |
| 01/14/15 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,850.00 | 72,801.02 |
| 01/14/15 | 002005 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 67.17 | 72,733.85 |
| 01/14/15 | 002006 | Ehrmann Gehlbach Badger Lee<br>& Considine, LLC<br>POB 447<br>Dixon, IL  61021 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,924.25 | 69,809.60 |
| 01/14/15 | 002007 | Ehrmann Gehlbach Badger Lee & | Attorney for Trustee Expenses (Othe | 3220-000 | | 75.75 | 69,733.85 |

Page Subtotals          93,091.50          23,357.65

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-84194 -TML | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CLARK, DONALD THOMAS | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0178 GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | | |
| For Period Ending: | 02/12/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/15 | 002008 | Considine, LLC<br>POB 447<br>Dixon, IL 61021 | Claim 000001A, Payment 85.4% | 5800-000 | | 61,868.39 | 7,865.46 |
| 01/14/15 | 002009 | IRS<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114-0326<br>Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000012A, Payment 85.4% | 5800-000 | | 7,865.46 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 30,007.50 | COLUMN TOTALS | 93,091.50 | 93,091.50 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 3,084.00 | 0.00 | |
| | | Subtotal | 90,007.50 | 93,091.50 | |
| Memo Allocation Net: | 30,007.50 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 90,007.50 | 93,091.50 | |

Page Subtotals    0.00    69,733.85

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-84194 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | CLARK, DONALD THOMAS | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******1042 GENERAL CHECKING |
| Taxpayer ID No: | *******1731 | | | |
| For Period Ending: | 02/12/15 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/14 | 11 | TIMOTHY RYAN | SALE PROCEEDS: PERS. PROP | 1129-000 | 12,800.00 | | 12,800.00 |
| 06/10/14 | 000100 | JERRY'S MAJESTIC MARINE, INC. | COMMISSION | 2990-000 | | 3,800.00 | 9,000.00 |
| | | N1599 MAPLE RIDGE RD. | Sale of 1994 Chris Craft Crowne | | | | |
| | | LAKE GENEVA, IL 53147 | | | | | |
| * 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | 10.00 | | 9,010.00 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,000.00 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,990.00 |
| 08/07/14 | 000101 | EHRMANN GEHLBACH BADGER | ATTY FEES - FIRST INTERIM FEE APPL | 3210-600 | | 5,300.00 | 3,690.00 |
| | | LEE & CONSIDINE, LLC | FILE # 140084 | | | | |
| | | 215 E. 1ST ST., STE. 100 | | | | | |
| | | POB 447 | | | | | |
| | | DIXON, IL 61021 | | | | | |
| 08/07/14 | 000102 | EHRMANN GEHLBACH BADGER | ATTY EXPENSES - 1ST INTERIM FEE APP | 3220-610 | | 568.50 | 3,121.50 |
| | | LEE & CONSIDINE, LLC | INVOICE # 140084 | | | | |
| | | 215 E. 1ST ST., STE. 100 | | | | | |
| | | POB 447 | | | | | |
| | | DIXON, IL 61021 | | | | | |
| * 08/11/14 | | Reverses Adjustment IN on 07/03/14 | BANK SERVICE FEE | 2600-003 | -10.00 | | 3,111.50 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,101.50 |
| * 09/23/14 | | CYNTHIA CLARK AND DONALD CLARK | INTEREST IN REAL ESTATE | 1110-003 | 30,000.00 | | 33,101.50 |
| | | 8810 PEBBLE CREEK CT. | | | | | |
| | | WONDER LAKE, IL 60097 | | | | | |
| 09/26/14 | | CONGRESSIONAL BANK | BANK FEE - NSF | 2600-000 | | 7.50 | 33,094.00 |
| * 10/02/14 | | CYNTHIA CLARK AND DONALD CLARK | INTEREST IN REAL ESTATE | 1110-003 | -30,000.00 | | 3,094.00 |
| | | 8810 PEBBLE CREEK CT. | NSF CHECK | | | | |
| | | WONDER LAKE, IL 60097 | | | | | |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,084.00 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 3,084.00 | 0.00 |

Page Subtotals  12,800.00  12,800.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-84194 -TML |
| Case Name: | CLARK, DONALD THOMAS |
| Taxpayer ID No: | *******1731 |
| For Period Ending: | 02/12/15 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******1042  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 12,800.00 | 12,800.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 3,084.00 |
|  |  | Subtotal | 12,800.00 | 9,716.00 |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors |  | 0.00 |
|  |  | Net | 12,800.00 | 9,716.00 |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 30,007.50 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | GENERAL CHECKING - ********0178 | 90,007.50 | 93,091.50 | 0.00 |
| | | GENERAL CHECKING - ********1042 | 12,800.00 | 9,716.00 | 0.00 |
| Total Memo Allocation Net: | 30,007.50 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 102,807.50 | 102,807.50 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)